UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK MACON, | ) |
| Petitioner, | ) |
| v. | ) No. 4:16CV562 HEA |
| JAY CASSADY, | ) |
| Respondent. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has failed to **fully complete** his petition for writ of habeas corpus; he has not filled out the caption of his application, and he has left the majority of his application blank. As a result, the Court will order petitioner to amend his application for writ of habeas corpus on a Court-provided form within thirty (30) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide petitioner with a form for filing a "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a person in State Custody."

**IT IS FURTHER ORDERED** that petitioner shall **fully complete**, sign, and return the petition within thirty (30) days from the date of this Order.

Dated this 22nd day of April, 2016.

_____
 HENRY EDWARD AUTREY
 UNITED STATES DISTRICT JUDGE